BEFORE: <u>ARTHUR D. SPATT</u>    DATE: 1/28/16    TIME: 1:52 - 2:01

DOCKET #: <u>CR-14-0402(S3)</u>

CAPTION: <u>USA v. Andiappan</u>

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JAN 28 2016 ★
LONG ISLAND OFFICE

CRIMINAL CAUSE FOR ARRAIGNMENT

APPEARANCES

DEFENDANT: <u>Juman Ganesh</u> #<u>5</u>  COUNSEL: <u>Richard D. Haley</u>
☑ Present __ Not present __ In Custody __ On Bail    ☑ CJA __ Retained __ FD

DEFENDANT: _____ #___ COUNSEL: _____
__ Present __ Not present __ In Custody __ On Bail    __ CJA __ Retained __ FD

DEFENDANT: _____ #___ COUNSEL: _____
__ Present __ Not present __ In Custody __ On Bail    __ CJA __ Retained __ FD

DEFENDANT: _____ #___ COUNSEL: _____
__ Present __ Not present __ In Custody __ On Bail    __ CJA __ Retained __ FD

GOVERNMENT: <u>Charles P. Kelly, Evan Williams & Special AUSA Andrew Willis</u>   DEPUTY CLERK: <u>MCH</u>

COURT REPEORTER: <u>Perry Auerbach</u>

INTERPRETER: _____

PROBATION: _____

__ Case called.

✓ Deft(s) <u>5</u> appear(s) with counsel.

✓ Deft(s) <u>5</u> plead(s) ✓ NOT GUILTY ___ GUILTY

3rd Superseding
to the Indictment/Information.

✓ Status Conference for deft(s) <u>5</u> scheduled for <u>4/1/16</u> at <u>9:30</u>.

SPEEDY TRIAL INFORMATION on deft(s): ✓

Code Type: <u>XT</u>  Start Date: <u>1/28/16</u>  Stop Date: <u>4/1/16</u>

Deft is not ready for trial on 3/1/16.

Bail cont'd.