

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

CPK:ss
F. #2014R00538

*610 Federal Plaza*
*Central Islip, New York 11722*

February 4, 2016

<u>By FedEx and ECF</u>

Peter E. Brill
Brill Legal Group, P.C.
233 Broadway, Suite 2340
New York, NY 10279

Richard Haley, Esq.
Haley Weinblatt & Calcagni
1601 Veterans Memorial Highway, Suite 425
Islandia, New York 11749

      Re:    <u>United States v. Govinda Andiappen and Juman Ganesh</u>
             <u>Criminal No. 14-CR-402(S-3)</u>

Dear Counsel:

      Enclosed is:

      Pardeep Malik's e-mail account inbox on a disc, including 2,856 HTML links (emails) with attachments as hyperlinks on the bottom of many of the e-mails. The attachments are assessed by the hyperlinks on the emails.

      The Government asserts its right at this time to reciprocal discovery under Rule 16(b) of the Federal Rules of Criminal Procedure. Specifically, we request that you provide us with all discoverable material specified under Rule 16(b)(1)(A), (B) and (C).

      Please be advised that the Government again requests the production of all statements by defense witnesses pursuant to Rule 26.2 of the Federal Rules of Criminal

Procedure. In order to avoid any unnecessary delays, we request that copies of these statements be made available to the Government at the commencement of trial.

        Very truly yours,

        ROBERT L. CAPERS
        United States Attorney

By:   /s/ *Charles P. Kelly*
       Charles P. Kelly
       Assistant U.S. Attorney
       (631) 715-7866

cc:    Honorable Arthur D. Spatt (w/out enclosures)

2